### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NICOLE ESTES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:05CV510 |
| vs. ) | |
| ) | ORDER |
| THE OMAHA SCHOOL ) | |
| FOUNDATION d.b.a. THE KIDS ) | |
| CLUB, a Corporation, ) | |
| ) | |
| Defendant. ) | |

On June 20, 2006, Joy Shiffermiller entered her appearance as counsel for the plaintiff and has filed a MOTION TO CONTINUE AND WITHDRAWAL OF REQUEST FOR GUARDIAN AD LITEM.(Filing 19).  Upon review of the file, and for good cause shown,

**IT IS ORDERED** that plaintiff's Motion (Filing 19) is granted, as follows:

1. Plaintiff's MOTION TO APPOINT GUARDIAN AD LITEM (Filing 16) is deemed withdrawn.

2. The evidentiary hearing on the motion to appoint guardian ad litem is cancelled and Sheri E. Long Cotton is excused from personally appearing on June 22, 2006.

3. The court will hold a telephonic status conference on **Thursday, June 22, 2006 at 1:30 p.m.**, the time previously reserved for the evidentiary hearing.  The court will initiate the conference call.

**DATED June 20, 2006.**

                              **BY THE COURT:**

                              **s/ F.A. Gossett**
                              **United States Magistrate Judge**