# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NICOLE ESTES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:05CV510 |
| vs. ) | |
| ) | ORDER |
| THE OMAHA SCHOOL ) | |
| FOUNDATION d.b.a. THE KIDS ) | |
| CLUB, a Corporation, ) | |
| ) | |
| Defendant. ) | |

Substitute counsel has entered an appearance for the plaintiff. For this reason, and upon reconsideration,

**IT IS ORDERED** that the motion [12] of Sheri E. Long Cotton for leave to withdraw as counsel for the plaintiff is granted.

**DATED June 22, 2006.**

                        **BY THE COURT:**

                        **s/ F.A. Gossett**
                        **United States Magistrate Judge**