IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **NICOLE ESTES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:05CV510** |
| vs. | ) | |
| | ) | **ORDER** |
| **THE OMAHA SCHOOL** | ) | |
| **FOUNDATION d.b.a. THE KIDS** | ) | |
| **CLUB, a Corporation,** | ) | |
| | ) | |
| **Defendant.** | ) | |

Plaintiff has filed an unopposed motion to continue the pending progression order deadlines for 60 days. For good cause shown,

**IT IS ORDERED** that the motion [25] is granted, and the Final Progression Order [22] is amended as follows:

1. Deposition Deadline. All depositions, whether or not they are intended to be used at trial, shall be completed by **February 27, 2007.**

2. Pretrial Disclosures pursuant to Fed. R. Civ. P. 26(a)(3) shall be completed by **May 7, 2007.**

3. All motions in limine shall be filed by **May 14, 2007.**

4. All motions for summary judgment shall be filed on or before **March 20, 2007.** *See* NECivR 56.1 and 7.1.

5. The Final Pretrial Conference with the undersigned magistrate is set for **Monday, May 21, 2007 at 11:00 a.m.**, in chambers, Suite 2210, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The final pretrial conference shall be attended by lead counsel for represented parties. Counsel shall complete prior to the pretrial conference, all items as directed in NECivR 16.2. By the time of the pretrial conference, full preparation for trial shall have been made so that trial may begin at any time during the session indicated below.

7.   A Non-Jury trial is set to commence at **8:30 a.m. on July 17, 2007**, in Omaha, Nebraska, before the Honorable Laurie Smith Camp.

8.   On or before **March 15, 2007**, the parties are to provide a status report regarding settlement negotiation. The report shall be in the form of a letter to the court from the plaintiff on behalf of all of the parties.

**DATED December 18, 2006.**

                        **BY THE COURT:**

                        **s/ F.A. Gossett**
                        **United States Magistrate Judge**